# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

152798(44)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY GESTAIL TUCKER,
      Defendant-Appellant.

_____/

SC: 152798
COA: 322151
Oakland CC: 2012-242851-FH

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before September 25, 2018.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2018



Clerk